IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN EUGENE EDWARDS,         )
                               )
            Plaintiff,         )
                               )
      v.                       )     1:18CV428
                               )
ERIC PLACKE, et al.,           )
                               )
            Defendants.        )

## ORDER

On June 11, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 5) within the time limit prescribed by Section 636. The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 3), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action be DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited in the Recommendation.

                              /s/   Thomas D. Schroeder
                              United States District Judge

August 1, 2018